Harvey E. TUNSTALL, Plaintiff—
Appellant,

v.

S. CUTLER, Shcc Registered Nurse in her/his personal capacity; A. Harris, Shcc medical physician in her/his personal capacity, Defendants—Appellees.

No. 05–6028.

United States Court of Appeals,
Fourth Circuit.

Submitted May 18, 2005.

Decided May 25, 2005.

Harvey E. Tunstall, Appellant pro se. John David McChesney, Rawls & McNelis, P.C., Richmond, Virginia; Mark Raleigh Lightfoot, Law Offices of Gary L. Denton, Richmond, Virginia, for Appellees.

Before WILKINSON and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

**958**

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Harvey E. Tunstall appeals the district court's order granting the Defendants' motion to dismiss Tunstall's 42 U.S.C. § 1983 (2000) action for failure to state a claim upon which relief may be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Tunstall v. Cutler,* No. CA–04–89–1 (E.D.Va. Dec. 1, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*